JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY WESLEY SHERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 20-1344-SVW (JPR)<br><br>**J U D G M E N T** |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing the decision of the Acting Commissioner is DENIED; (2) the Acting Commissioner's request for an order affirming her final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Acting Commissioner's favor.

DATED: __April 15, 2022__        _____
                                                         STEPHEN V. WILSON
                                                         U.S. DISTRICT JUDGE